■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH JONES, Appellant. [38 NYS3d 907]—

Judgment, Supreme Court, New York County (Arlene D. Goldberg, J.), rendered February 28, 2014, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third and fourth degrees, and sentencing him, as a second felony drug offender, to an aggregate term of two years, unanimously affirmed.

The court properly denied defendant's suppression motion. The hearing court saw and heard the witnesses, and there is no basis for disturbing its credibility determinations (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The police account of de-

fendant's behavior in permitting drugs to be in plain view was not so implausible as to warrant a different conclusion (*see e.g. People v Lewis*, 136 AD3d 468 [1st Dept 2016], *lv denied* 27 NY3d 1001 [2016]). Concur—Sweeny, J.P., Renwick, Manzanet-Daniels, Gische and Webber, JJ.